UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAGUADA,

                Plaintiff,

-v-

BEDGEAR, LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 7403 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on October 6, 2020, with Defendant Bedgear LLC's Answer due on October 27, 2020. (ECF No. 6). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer § (3)(M), Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Wednesday, November 18, 2020.**

Dated:    New York, New York
             November 4, 2020

                                      SO ORDERED

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**